This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: March 1, 2017**

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Case No: 17-50809

In Re:   Joseph W. Suarez,
                Debtor

Chapter 13

Judge John E. Hoffman, Jr.

### ORDER TO EMPLOYER TO WITHHOLD AND TRANSMIT DEDUCTIONS FROM DEBTOR'S PAY

Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code), this Court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with the debtor's plan. The employer is not authorized to deduct administrative expenses or service fees for this deduction. Based upon the foregoing, the debtor's plan, and pursuant to 11 U.S.C. § 1325(b), it is

**ORDERED that the employer of the debtor deduct the amount indicated below from the debtor's pay and send that sum along with the debtor's name, case number, and the last 4 digits of their social security number to:**

Faye D. English
Chapter 13 Trustee
PO Box 1718
Memphis TN 38101-1718

It is further ORDERED that the Chapter 13 Trustee apply the funds to Debtor's payment schedule. It is further ORDERED that pursuant to 11 U.S.C. § 1325 deductions shall remain in effect without further order from this Court, but that the deductions may terminate only upon appropriate notice to Debtor's employer.

|  |  |  |
|---|---|---|
| Employee: | Joseph W. Suarez | |
| SSN: | XXX-XX-4619 | |
| Employer: | Honda of America Mfg. Inc. | |
| Monthly Deduction: | $925.00 | |
| If paid semi-monthly | $462.50 | per pay |
| If paid bi-weekly | $426.92 | per pay |
| If paid weekly | $213.46 | per pay |

IT IS SO ORDERED.

Copies to:   Default List

Honda of America Mfg. Inc.
24000 Honda Pkwy
Marysville OH 43040-9251

###