**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:    JOSEPH W SUAREZ | : | Case No. 17-50809 |
| | : | Chapter 13 |
| Debtor(s) | : | Judge John E. Hoffman Jr. |

### NOTICE OF RESCHEDULED § 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

Now comes Faye D. English, Chapter 13 Trustee ("Trustee"), and provides Notice of Rescheduled §341 Meeting of Creditors and Confirmation Hearing. A request to reschedule was submitted by RONALD K NIMS ESQ. The reason for request to reschedule: Attorney request.

Trustee hereby grants the request and provides notice that the § 341 Meeting of Creditors originally scheduled for Wednesday, March 22, 2017 at 2:00 pm is **rescheduled to Wednesday, May 24, 2017 at 11:30 am** at U.S. Bankruptcy Court Building, 170 North High Street, Room #100, Columbus Ohio 43215. Trustee further provides notice that the Confirmation Hearing originally scheduled for Tuesday, April 18, 2017 at 1:00 pm is **rescheduled to Tuesday, June 27, 2017 at 1:00 pm** to be held at U.S. Bankruptcy Court, 170 North High Street 5th Floor, Columbus Ohio 43215.

The requesting party shall notice all parties in interest of the new date for the § 341 Meeting of Creditors and Confirmation Hearing and shall file with the Court a Certificate of Service evidencing compliance.

Respectfully Submitted,

/s/ Faye D. English
Faye D. English
Chapter 13 Trustee
10 West Broad Street, Suite 900
Columbus, Ohio 43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | JOSEPH W SUAREZ | : | Case No. 17-50809 |
| | | : | Chapter 13 |
| | Debtor(s) | : | Judge John E. Hoffman Jr. |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing NOTICE OF RESCHEDULED § 341 MEETING OF CREDITORS AND CONFIRMATION HEARING was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on April 14, 2017 addressed to:

Joseph W Suarez
7840 Overland Trail
Delaware, Oh 43015

                                                  /s/ Faye D. English
                                                Electronically signed by
                                                Faye D. English, Chapter 13 Trustee

Dated 4/14/2017