Form a0ndfcfl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re:  Joseph W Suarez                                Case No.: 2:17–bk–50809

        Debtor(s)                                     Chapter:  13

SSN/TAX ID:
    xxx–xx–4619

---

**NOTIFICATION OF DEFICIENCY**

The following deficiency was noted in your filing:

☐ In order for this case to be administered, it is necessary to file a Chapter 13 Plan within 14 days from the filing date of your petition or within 14 days from the date of conversion to a chapter 13.

☐ The PDF document does not match the docket text. Please file an amended document. Re:

☐ For future reference, a should be filed using

☐ The attached PDF document is unreadable. Please file an amended document. Re:

☑ The PDF document appears to be filed in an incorrect case. Please withdraw the document and file in the correct case or file an amended document. Re: **[39] Notice of Mortgage Payment Change**

☐ Other Deficiencies:

Dated: May 31, 2017

                                                    FOR THE COURT:
                                                    Kenneth Jordan
                                                    Clerk, U.S. Bankruptcy Court