**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:   Joseph W. Suarez

Debtor(s)

Case No. 17-50809

Chapter 13

Judge John E. Hoffman, Jr.

## NOTICE OF AMENDED CHAPTER 13 PLAN

Debtor(s) have filed an amended Chapter 13 plan with the court which increases the Debtor's monthly payment in months 13 through 54 and increases the estimated dividend to nonpriority, unsecured claims.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the plan, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the amended plan**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to clerk, U.S. Bankruptcy Court, 170 North High Street, First Floor, Columbus, Ohio 43215 or your attorney must file a response using the court's ECF system. The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF system; or by 2) regular U.S. Mail to the attorney for the Debtor(s), the U.S. Trustee, and the Chapter 13 trustee, whose addresses are set forth below.

- Office of the U.S. Trustee, 170 N High St, Suite 200, Columbus OH 43215
- Faye D. English, Chapter 13 Trustee, One Columbus, 10 W Broad St, Suite 900, Columbus, OH 43215-3449
- Ronald K. Nims, Law Office of Ronald K. Nims LLC, 10172 Windsor Way, Powell OH 43065-7668

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the plan and may enter an order granting the relief without further hearing or notice.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Amended Chapter 13 Plan was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on October 30, 2017 addressed to:

Joseph W. Suarez
7840 Overland Trail
Delaware OH 43015

                              Respectfully submitted,

                              /s/ Ronald K. Nims
                              Ronald K. Nims (Oh. Sup. Ct. 0024361)
                              Law Office of Ronald K. Nims LLC
                              10172 Windsor Way
                              Powell OH 43065-7668
                              614 565-1472
                              614 748-0598 – Facsimile
                              rknims@nimslaw.com

                              Attorney for Debtor(s) Joseph W. Suarez