# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re:   JOSEPH W SUAREZ | : | Case No. 17-50809 |
| | : | Chapter 13 |
| DEBTOR(S) | : | Judge John E. Hoffman Jr. |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (Related Doc. 41)

Now comes Faye D. English, standing Chapter 13 Trustee, and withdraws her objection to confirmation filed on June 01, 2017 and therefore recommends to the Court that the Debtor(s)' Plan be confirmed.

Trustee notes that plan payments are current.

Respectfully submitted,

/s/ Faye D. English
Faye D. English
Chapter 13 Trustee
10 West Broad Street, Suite 900
Columbus, Ohio  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal Of Objection To Confirmation Of Plan was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 11/27/2017 addressed to:

> Joseph W Suarez
> 7840 Overland Trail
> Delaware, Oh 43015

/s/ Faye D. English
Faye D. English (0075557), Chapter 13 Trustee