**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:  JOSEPH W SUAREZ | : | Case No. 17-50809 |
| | : | Chapter 13 |
| Debtor(s) | : | Judge John E. Hoffman Jr. |

**TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN**

Now comes Faye D. English, Chapter 13 Trustee, and moves this Court for Modification of Debtor's Chapter 13 Plan, pursuant to 11 U.S.C. § 1329(a) and Fed. R. Bankr. P. 3015. Support for this Motion is set forth below.

**MEMORANDUM IN SUPPORT**

Debtor's Chapter 13 Plan was confirmed on December 01, 2017, and provides for a dividend of 12.20% to unsecured creditors. The plan has not been previously modified.

The Debtor has reported to the Trustee that there is additional disposable income due to a tax refund. The Trustee seeks to administer the sum of $2,540.00 from the Debtor's 2017 tax refund and raise the dividend paid to unsecured creditors to 19.857%. The proposed modification does not adversely affect creditors and meets the applicable commitment period of 60 months.

Wherefore, the Trustee respectfully requests that this Court enter an Order modifying the Plan as set forth above pursuant to 11 U.S.C. § 1329 and granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,

/s/  Faye D. English
Faye D. English
Chapter 13 Trustee
10 West Broad Street, Suite 900
Columbus, Ohio  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE:    JOSEPH W SUAREZ | : | Case No.  17-50809 |
| | : | Chapter 13 |
| Debtor(s) | : | Judge John E. Hoffman Jr. |

### NOTICE OF MOTION TO MODIFY

Faye D. English, Chapter 13 Trustee, has filed papers with the Court to modify this case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the motion, then within within **twenty one (21) days** from the service date of the motion, you or your attorney must file with the Court a written response explaining your position at:

U.S. Bankruptcy Court
170 N. High Street
Columbus, OH 43215

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above. You must also mail a copy to all parties required to be served pursuant to the Federal and Local Rules of Bankruptcy Procedure, including the Chapter 13 Trustee at:

Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Dated: 3/7/2018                                              /s/ Faye D. English
                                                                      Faye D. English
                                                                      Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Motion to Modify Chapter 13 Plan was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 3/7/2018 addressed to:

>Joseph W Suarez
>7840 Overland Trail
>Delaware, Oh 43015

/s/ Faye D. English
Faye D. English (0075557), Chapter 13 Trustee