# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 17-50809 |
| Joseph W. Suarez | : | Chapter 13 |
| Debtor. | : | Judge John E. Hoffman Jr. |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to *Loc. R. 2091-1*, Debtor hereby notifies the Court and all parties that Brian D. Wood of the law firm Wood & Brewer, LLC is hereby substituted as counsel in the above referenced matter for attorney Ronald K. Nims.

    6/14/2018                         Respectfully Submitted,
Date

/s/Joseph W. Suarez                 /s/ Brian D. Wood
Joseph W. Suarez                     Brian D. Wood (0075190)
                                           Substitute Counsel for Debtor
                                           Wood & Brewer, LLC
                                           470 Olde Worthington Rd. Suite 200
                                           Westerville, OH 43082
                                           (614) 410-6877 Phone
                                           (888) 560-1002 Fax
                                           bwood@woodbrewerlaw.com

                                           /s/Ronald K. Nims
                                           Ronald K. Nims (0024361)
                                           Previous Counsel for Debtor
                                           10172 Winsor Way
                                           Powell, OH 43065
                                           614-565-1472
                                           614-748-0598 (fax)
                                           rknims@nimslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was served (i) **electronically** on the date of filing through the Court's ECF system on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on June 20, 2018 addressed to:

Joseph W. Suarez
7840 Overland Trail
Delaware, OH 43015

Respectfully Submitted,

/s/ Brian D. Wood
Brian D. Wood (0075190)
Substitute Counsel for Debtor
Wood & Brewer, LLC
470 Olde Worthington Rd. Suite 200
Westerville, OH 43082
(614) 410-6877 Phone
(888) 560-1002 Fax
bwood@woodbrewerlaw.com