**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: November 13, 2018**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:   JOSEPH W SUAREZ                :       Case No. 17-50809

                                     :       Chapter 13

                                     :       Judge John E. Hoffman Jr.

### ORDER GRANTING TRUSTEE'S MOTION TO MODIFY PLAN (Doc. 101)

On this day the Court considered the Motion of the Chapter 13 Trustee to Modify the Chapter 13 Plan (Doc 101).

The Motion having been properly noticed, the plan pursuant to 11 U.S.C. § 1329 is modified.  The Trustee shall administer the sum of $1475.43 from the sale proceeds and the distribution to unsecured creditors is modified to a dividend of 12.75%.

**SO ORDERED**

**Copies to:  Default List**