**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: January 28, 2019**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 17-50809 |
| Joseph W. Suarez | : | Chapter 13 |
| SSN: XXX-XX-4619 | : | Judge Hoffman |

**AMENDED PAYROLL DEDUCTION ORDER**

    Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code), this Court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with debtor's plan. The employer is not authorized to deduct any administrative expenses or service fees for this deduction.  Based upon the foregoing, the debtor's plan, and pursuant to 11 U.S.C. Section 1325 (b), it is

    **ORDERED that the employer of the debtor deduct the amount indicated below from debtor's pay and send that sum along with debtor's name, case number and social security number to:**

**Faye D. English**
**Chapter 13 Trustee**
**PO Box 88054**
**Chicago, IL 60680-1054**

    It is Further ORDERED that the Chapter 13 Trustee apply the funds to debtor's payment schedule.

It is further ORDERED that pursuant to 11 U.S.C. Section 1325, deductions shall remain in effect without further order of this Court, but that deductions may terminate only upon appropriate notice to debtor's employer.

| | |
|---|---|
| Employer | Honda of America<br>24000 Honda Parkway<br>Marysville, OH 43040 |
| Deduction | **$86.54 Weekly** |

**"IT IS SO ORDERED"**

Copies to:

Default List, plus additional parties:

Honda of America
24000 Honda Parkway
Marysville, OH 43040

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                                  Case No. 17-50809-jeh
Joseph W Suarez                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-2         User: bellb              Page 1 of 1              Date Rcvd: Jan 29, 2019
                             Form ID: pdf01           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2019.
db             +Joseph W Suarez,    7840 Overland Trail,    Delaware, OH 43015-7038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                +E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 29 2019 19:26:40      Honda of America,
                 24000 Honda Parkway,    Marysville, OH 43040-9251
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:
              Adam Bradley Hall    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
              Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov
              Brian  D. Wood    on behalf of Debtor Joseph W Suarez bwood@woodbrewerlaw.com,
               woodbrewerlaw@gmail.com
              Faye D. English    notices@ch13columbus.com
              Stephen  Franks    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
                                                                                              TOTAL: 5