**Faye D. English**
**10 West Broad Street**
**Suite 1600**
**Columbus, OH 43215-3419**

# CERTIFICATE OF SERVICE

I, the undersigned, of PNC Bank, N.A., hereby certify that on January 28, 2020, a true and correct copy of the Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor:              Joseph W Suarez

Debtor Attorney: Brian D. Wood

Trustee:             Faye D. English

Further, I certify that on January 28, 2020, a true and correct copy of the Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Debtor Address:  7840 Overland Trail
                 Delaware, OH 43015

Debtor Attorney: 470 Olde Worthington Road
                 Suite 200
                 Westerville, OH 43082

Trustee Address: 10 West Broad Street
                 Suite 1600
                 Columbus, OH 43215-3419

Judge's Initials:   JEH

By: /s/ Michael Gallagher
_____
Michael Gallagher
PNC Bank, National Association
P.O. Box 94982
Cleveland, OH 44101-0570
1-800-642-6323 Ext. 62239

**Fill in this information to identify the case:**

Debtor 1: Joseph W Suarez

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Ohio

Case Number: 17-50809 JEH

Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.

**Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account: 3082

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/23/2020

**New total payment:** $104.52
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   
   Current escrow payment: $_____    New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:                         New interest rate:
   Current principal and interest payment:        New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: Principal Change

   **Current mortgage payment:** $108.37    **New mortgage payment**: $104.52

Debtor 1  Joseph W Suarez
          First Name   Middle Name   Last Name

Case number (if known) 17-50809

### Part 3: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Michael Gallagher
        Signature

Date  01 / 28 / 2020

Print:  Michael Gallagher

Title:  Support Specialist

Company  PNC Bank, National Association

Address:  P.O. Box 94982
          Number    Street

          Cleveland, OH 44101-0570
          City    State    ZIP Code

Contact Phone: 1-800-642-6323 Ext. 62239

Email: Bankruptcy.administration.internal@pnc.com