**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: May 5, 2020**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 17-50809 |
| Joseph W. Suarez | : | Chapter 13 |
| Debtor(s) | : | Judge Hoffman |

### ORDER ON MOTION TO TEMPORARILY SUSPEND PLAN PAYMENTS —DOCUMENT #126

Upon Debtor's Motion to Temporarily Suspend Plan Payments and twenty-one (21) days having elapsed from the date of service of the motion and no objection having been filed, it is hereby **ORDERED** that Debtor's plan payments shall be suspended for (60) days beginning with the May 2020 payment.

**IT IS SO ORDERED.**

Copies to:
Default List

United States Bankruptcy Court
Southern District of Ohio

In re:  
Joseph W Suarez  
    Debtor

Case No. 17-50809-jeh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0648-2    User: williamt    Page 1 of 1    Date Rcvd: May 06, 2020  
Form ID: pdf01    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.  
db      +Joseph W Suarez,    7840 Overland Trail,    Delaware, OH 43015-7038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:  
     Adam Bradley Hall    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com  
     Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov  
     Brian D. Wood    on behalf of Debtor Joseph W Suarez bwood@woodbrewerlaw.com, woodbrewerlaw@gmail.com  
     Faye D. English    notices@ch13columbus.com  
     Stephen Franks    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com  
     TOTAL: 5