**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

    Joseph W. Suarez,

        Debtor.

Case No. 17-50809

Judge John E. Hoffman, Jr.

Chapter 13

**RELIEF FROM STAY WORKSHEET FOR REAL ESTATE KNOWN AS 7840 OVERLAND TRAIL, DELAWARE, OHIO 43015**

    Real property address which is the subject of this motion: 7840 Overland Trail, Delaware, Ohio 43015

1.     Debt/Value Representations:

    A.     Total indebtedness of the debtor at the time of filing the motion for relief from stay:     $23,297.00

    B.     Movant's estimated market value of the real property     $685,000.00

3.     Statement of Arrearage:

    A.     As of petition filing date:     $0.0

    B.     Amounts paid after the date of filing to be applied to the prepetition default:     $0

    C.     Postpetition arrearage:     $23,297.00

    D.     Annual payment amount: For 2020:     $170.00

    E.     Date of last payment:     05/2020

    F.     Amount of payments received postpetition:     $N/A

    G.     Approximate Total amount of postpetition payments currently in default:     $23,297.00

    H.     Plus postpetition late charges:     0.0

    I.     Plus other postpetition charges (Attorney Fees):     $1,125.00

   J. Total Post Petition Arrearage       $24,422.00

Loan Information: N/A

Worksheet prepared by:

          Respectfully submitted,

          /s/ Jesse M. Kanitz

          ―――――――――――――――――
          Robin L. Strohm (0077665)
          Nicholas R. Barnes (0083615)
          Brad J. Terman (0083974)
          Jesse M. Kanitz (0085438)
          Williams & Strohm, LLC, Attorneys at Law
          Two Miranova Place, Suite 380
          Columbus, Ohio 43215-5668
          Telephone: (614) 228-0207
          Facsimile: (614) 228-6984
          E-Mail: R.Strohm@wslawllc.com
             N.Barnes@wslawllc.com
             B.Terman@wslawllc.com
             J.Kanitz@wslawllc.com
          Attorneys for North Orange Homeowners'
          Association, Inc

**CERTIFICATE OF SERVICE AND**

## NOTICE OF RIGHT TO RESPOND WITHIN 21 DAYS

The undersigned certifies that a copy of the foregoing Worksheet was served either electronically or by Ordinary Mail this date on the parties whose names and addresses are listed below as and for NOTICE that the attached Worksheet would be filed. The undersigned will present to the Court a proposed order granting the relief sought unless, within twenty-one (21) days after this date, a written memorandum in opposition along with a request for a hearing is filed with the Court and served on the undersigned.

Date Submitted: September 4, 2020      /s/ Jesse M. Kanitz
                                        _____
                                        Robin L. Strohm      (0077665)
                                        Nicholas R. Barnes   (0083615)
                                        Brad J. Terman       (0083974)
                                        Jesse M. Kanitz      (0085438)
                                        Williams & Strohm, LLC, Attorneys at Law
                                        Two Miranova Place, Suite 380
                                        Columbus, Ohio 43215-5668
                                        Telephone:   (614) 228-0207
                                        Facsimile:   (614) 228-6984
                                        E-Mail:      R.Strohm@wslawllc.com
                                                     N.Barnes@wslawllc.com
                                                     B.Terman@wslawllc.com
                                                     J.Kanitz@wslawllc.com

Attorneys for North Orange Homeowners' Association, Inc

Name and address of parties served:

Joseph W. Suarez (Ordinary)
7840 Overland Trail
Delaware, Ohio 43015


Faye D. English, Trustee (Electronically)
Brian D. Wood    (Electronically)
U.S. Trustee (Electronically)