**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 25, 2020**

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| *In re*: : | |
| : | Case No. 17-50809 |
| JOSEPH W. SUAREZ,   : | Chapter 13 |
| : | Judge Hoffman |
| *Debtor*. : | |

### ORDER SCHEDULING HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY, CONTINUING AUTOMATIC STAY PENDING FINAL HEARING, AND ORDERING OTHER MATTERS

A motion for relief from the automatic stay imposed by § 362 was filed in this case by North Orange Homeowners' Association, Inc. on September 4, 2020 (Doc. 139). A response was filed by the Debtor on September 24, 2020 (Doc. 141).

It is hereby **ORDERED** that a hearing on this matter will be held **on October 20, 2020 at 9:30 a.m.**

Given the concerns surrounding COVID-19 (Coronavirus), the hearing will be conducted telephonically. Please refer to the instructions for telephonic attendance at hearings before Judge Hoffman posted on the Court's website: www.ohsb.uscourts.gov. The Notice Regarding Scheduled Hearings can be found under Judges' Information/Judge John E. Hoffman, Jr./Policies and Procedures. The Notice provides a dial-in number and access code. There are no costs involved.

Unless otherwise specified in this order, the amount of time allocated for hearings on a motion for relief from stay is fifteen (15) minutes. If any party anticipates that additional time will be necessary, that party must contact the Courtroom Deputy at 614-469-7704 or hoffman282@ohsb.uscourts.gov at least five (5) business days prior to the hearing.

Any party intending to introduce documentary evidence or call witnesses at the hearing shall, three (3) business days prior to the hearing, file and serve on the opposing party witness and exhibit lists in the form prescribed by Local Bankruptcy Form 7016-1 A and B. Counsel and pro se parties also shall email a complete set of all proposed exhibits (subject to redaction of personal identifiers) to hoffman282@ohsb.uscourts.gov and send a copy of the email to any other party that has filed a document supporting or opposing the relief requested. Use of the Trustee's financial records shall be in accordance with LBR 9013-1(g). If it becomes clear during the hearing that witness testimony is necessary for resolution of the mater, the hearing will be converted to a telephonic status conference and a future date for an evidentiary hearing will be determined.

Should any party fail to appear at the final hearing, the Court may dismiss or deny the motion, grant the relief requested, impose sanctions, or take such other action as is authorized by law.

**IT IS SO ORDERED.**

**No unauthorized recording of Court proceedings is permitted.**

Copies to:

Default List