**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 25, 2020**

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

*In re*:
    JOSEPH W. SUAREZ,

    *Debtor*.

Case No. 17-50809
Chapter 13
Judge Hoffman

### ORDER SCHEDULING HEARING ON MOTION FOR
### RELIEF FROM AUTOMATIC STAY, CONTINUING
### AUTOMATIC STAY PENDING FINAL HEARING,
### AND ORDERING OTHER MATTERS

A motion for relief from the automatic stay imposed by § 362 was filed in this case by North Orange Homeowners' Association, Inc. on September 4, 2020 (Doc. 139). A response was filed by the Debtor on September 24, 2020 (Doc. 141).

It is hereby **ORDERED** that a hearing on this matter will be held **on October 20, 2020 at 9:30 a.m.**

Given the concerns surrounding COVID-19 (Coronavirus), the hearing will be conducted telephonically. Please refer to the instructions for telephonic attendance at hearings before Judge Hoffman posted on the Court's website: www.ohsb.uscourts.gov. The Notice Regarding Scheduled Hearings can be found under Judges' Information/Judge John E. Hoffman, Jr./Policies and Procedures. The Notice provides a dial-in number and access code. There are no costs involved.

Unless otherwise specified in this order, the amount of time allocated for hearings on a motion for relief from stay is fifteen (15) minutes. If any party anticipates that additional time will be necessary, that party must contact the Courtroom Deputy at 614-469-7704 or hoffman282@ohsb.uscourts.gov at least five (5) business days prior to the hearing.

Any party intending to introduce documentary evidence or call witnesses at the hearing shall, three (3) business days prior to the hearing, file and serve on the opposing party witness and exhibit lists in the form prescribed by Local Bankruptcy Form 7016-1 A and B. Counsel and pro se parties also shall email a complete set of all proposed exhibits (subject to redaction of personal identifiers) to hoffman282@ohsb.uscourts.gov and send a copy of the email to any other party that has filed a document supporting or opposing the relief requested. Use of the Trustee's financial records shall be in accordance with LBR 9013-1(g). If it becomes clear during the hearing that witness testimony is necessary for resolution of the mater, the hearing will be converted to a telephonic status conference and a future date for an evidentiary hearing will be determined.

Should any party fail to appear at the final hearing, the Court may dismiss or deny the motion, grant the relief requested, impose sanctions, or take such other action as is authorized by law.

**IT IS SO ORDERED.**

**No unauthorized recording of Court proceedings is permitted.**

Copies to:

Default List

United States Bankruptcy Court
Southern District of Ohio

In re:  
Joseph W Suarez  
    Debtor(s)

Case No. 17-50809-jeh  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0648-2      User: williamt      Page 1 of 2  
Date Rcvd: Sep 28, 2020      Form ID: pdf01      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph W Suarez, 7840 Overland Trail, Delaware, OH 43015-7038 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC Bank  National Association amps@manleydeas.com |
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Brian D. Wood | on behalf of Debtor Joseph W Suarez bwood@woodbrewerlaw.com woodbrewerlaw@gmail.com |
| Faye D. English | notices@ch13columbus.com |
| Jesse M. Kanitz | on behalf of Creditor North Orange Homeowners' Association  Inc. j.kanitz@wslawllc.com |
| Stephen Franks | on behalf of Creditor PNC Bank  National Association amps@manleydeas.com |

District/off: 0648-2 User: williamt Page 2 of 2
Date Rcvd: Sep 28, 2020 Form ID: pdf01 Total Noticed: 1
TOTAL: 6