## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>Joseph W. Suarez,<br><br>Debtor.<br><br>———————————————<br><br>North Orange Homeowners' Association, Inc.<br><br>Movant<br><br>vs.<br><br>Joseph W. Suarez<br><br>Respondent | Case No. 17-50809<br><br>Chapter 13<br><br>Judge John E. Hoffman, Jr. |

## EXHIBIT LIST

**EXHIBITS TO BE OFFERED BY: RESPONDENT**

**RELATING TO DOCKET NUMBERS 139 &141**

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| Association's Ex. A | Deed | | |
| Association's Ex. B | Deed Restrictions | | |
| Association's Ex. C | Photo of Property | | |
| Association's Ex. D | Email from Debtor dated 5-1-18 | | |
| Association's Ex. E | Email from Debtor dated 5-1-18 | | |
| Association's Ex. F | Email from Debtor dated 6-26-18 | | |
| Association's Ex. G | Email from Debtor dated July 3, 2018 | | |
| Association's Ex. H | Trial Court Judgment dated 2-11-19 | | |
| Association's Ex. I | Appellate Decision dated 10-23-19 | | |

1

| | | | |
|---|---|---|---|
| Association's Ex. J | Trial Court Award of Attorney Fees dated 6-23-20 | | |
| Association's Ex. K | Association letter to Debtor dated 6.25.20 | | |
| Association's Ex. L | Association letter to Debtor dated 8-20-20 | | |
| Association's Ex. M | Email from Debtor dated 2.3.20 | | |
| Association's Ex. N | Email from Debtor dated 8.26.20 | | |
| Association's Ex. O | Debtor Application for installation of wall caps | | |
| Association's Ex. P | Debtor Application for new patio | | |
| Association's Ex. Q | Debtor Application for landscaping | | |
| Association's Ex. R | Photo of derogatory sign posted by Debtor | | |
| Association's Ex. S | Derogatory social media post by Debtor | | |
| Association's Ex. T | Account Ledger | | |

Respectfully submitted,

/s/ Jesse M. Kanitz

_____
Robin L. Strohm        (0077665)
Nicholas R. Barnes    (0083615)
Brad J. Terman          (0083974)
Jesse M. Kanitz         (0085438)
Williams & Strohm, LLC, Attorneys at Law
Two Miranova Place, Suite 380
Columbus, Ohio 43215-5668
Telephone:    (614) 228-0207
Facsimile:     (614) 228-6984
E-Mail:         R.Strohm@wslawllc.com
                    N.Barnes@wslawllc.com
                    B.Terman@wslawllc.com
                    J.Kanitz@wslawllc.com
Attorneys for North Orange Homeowners'
Association, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served either electronically or by Ordinary Mail this date on the parties whose names and addresses are listed below.

Date Submitted: October 14, 2020       Respectfully submitted,

/s/ Jesse M. Kanitz

_____

Robin L. Strohm        (0077665)
Nicholas R. Barnes     (0083615)
Brad J. Terman         (0083974)
Jesse M. Kanitz        (0085438)
Williams & Strohm, LLC, Attorneys at Law
Two Miranova Place, Suite 380
Columbus, Ohio 43215-5668
Telephone:    (614) 228-0207
Facsimile:    (614) 228-6984
E-Mail:       J.Kanitz@wslawllc.com
Attorneys for Creditor North Orange Homeowners' Association, Inc.

Name and address of parties served:

Joseph W. Suarez (Ordinary)
7840 Overland Trail
Delaware, Ohio 43015


Faye D. English, Trustee (Electronically)
Brian D. Wood   (Electronically)
U.S. Trustee (Electronically)
Copy to: Hoffman828@ohsb.uscourts.gov