**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISIO**

| | |
|---|---|
| In Re:<br><br>Joseph W. Suarez,<br><br>Debtor.<br><br>———<br><br>North Orange Homeowners' Association, Inc.<br><br>Movant<br><br>vs.<br><br>Joseph W. Suarez<br><br>Respondent | Case No. 17-50809<br><br>Chapter 13<br><br>Judge John E. Hoffman, Jr. |

**Witness List**

**WITNESS TO BE CALLED BY: RESPONDENT**

**RELATING TO DOCKET NUMBERS 139 &141**

| NAME AND ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| Joseph W. Suarez<br>7840 Overland Trail<br>Delaware, Ohio 43015 | General Behavior and Communications related to matters addressed in Motion for Relief and authentication as may be needed |
| Nataleigh Dillon<br>P.O. Box 630<br>Worthington, Ohio 43085 | Background information; authentication of Association records as may be needed, Debtor's impact on community. |

Respectfully submitted,

/s/ Jesse M. Kanitz

———————————————
Robin L. Strohm      (0077665)
Nicholas R. Barnes   (0083615)

1

        Brad J. Terman  (0083974)
        Jesse M. Kanitz  (0085438)
        Williams & Strohm, LLC, Attorneys at Law
        Two Miranova Place, Suite 380
        Columbus, Ohio 43215-5668
        Telephone: (614) 228-0207
        Facsimile: (614) 228-6984
        E-Mail: R.Strohm@wslawllc.com
            N.Barnes@wslawllc.com
            B.Terman@wslawllc.com
            J.Kanitz@wslawllc.com
        Attorneys for North Orange Homeowners'
        Association, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served either electronically or by Ordinary Mail this date on the parties whose names and addresses are listed below.

Date Submitted: October 14, 2020    Respectfully submitted,

                /s/ Jesse M. Kanitz
                _____
                Robin L. Strohm  (0077665)
                Nicholas R. Barnes (0083615)
                Brad J. Terman  (0083974)
                Jesse M. Kanitz  (0085438)
                Williams & Strohm, LLC, Attorneys at Law
                Two Miranova Place, Suite 380
                Columbus, Ohio 43215-5668
                Telephone: (614) 228-0207
                Facsimile: (614) 228-6984
                E-Mail: J.Kanitz@wslawllc.com
                Attorneys for Creditor North Orange Homeowners'
                Association, Inc.

Name and address of parties served:

  Joseph W. Suarez (Ordinary)
  7840 Overland Trail
  Delaware, Ohio 43015

Faye D. English, Trustee (Electronically)
Brian D. Wood   (Electronically)
U.S. Trustee (Electronically)
Copy to: Hoffman828@ohsb.uscourts.gov

3