**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: October 26, 2020**

John E. Hoffman, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Re:**

**Joseph W. Suarez**

**Debtor.**

**Case No.: 17-BK-50809**
**Judge John E. Hoffman, Jr.**
**Chapter 13**

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY FOR PROPERTY ADDRESS 7840 OVERLAND TRAIL, DELAWARE, OHIO 43015
### [Related Docs. 139 and 141]

This matter came before the Court for hearing on October 20, 2019 on the Motion of the North Orange Homeowners' Association, Inc. for relief from the automatic stay (Doc. 139) (the "Motion") and the response filed by Debtor opposing the Motion (Doc. 141). After reviewing and weighing the arguments and evidence presented at the hearing and in the parties' filings, the Court finds that North Orange Homeowners' Association, Inc. has established cause for relief to be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED,** and the North Orange Homeowners' Association, Inc. is hereby granted relief from the automatic stay to pursue state court remedies against the property located at 7840 Overland Trail, Delaware, Ohio 43015.

**IT IS SO ORDERED.**

/s/ Jesse M. Kanitz

Jesse M. Kanitz       (0085438)
Williams & Strohm, LLC, Attorneys at Law
Two Miranova Place, Suite 380
Columbus, Ohio 43215-5668
Telephone:    (614) 228-0207
Facsimile:    (614) 228-6984
E-Mail:       J.Kanitz@wslawllc.com
Attorneys for North Orange Homeowners' Association, Inc.

Copies to: Default List

###