# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 2:17-BK-50809 |
| JOSEPH W SUAREZ | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 7840 OVERLAND TRAIL, DELAWARE, OH 43015 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******3082

NOW COMES PNC Bank, National Association, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Patrick Hruby
Brock and Scott, PLLC
Attorneys at Law
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Floridabklegal@Brockandscott.com

PNC Mortgage, a division of PNC Bank, N.A.
PO Box 94982
Cleveland, Ohio 44101

Please take notice that the undersigned hereby appears as counsel for PNC Bank, National Association pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the

21-04297 BKSUP01



Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ *Patrick Hruby*
_____
Patrick Hruby
Attorney at Law (0085107)
Brock & Scott, PLLC
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
813-342-2200
954-618-6954
Floridabklegal@Brockandscott.com

21-04297 BKSUP01

# CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on May 28, 2021 to the following:

JOSEPH W SUAREZ
7840 OVERLAND TRL
DELAWARE, OH 43015-7038

Wood & Brewer, LLC
470 Olde Worthington Road
Suite 200
Westerville, OH 43082

Faye D. English, Bankruptcy Trustee
Chapter 13 Trustee
10 West Broad Street, Suite 1600
Columbus, OH 43215

/s/ *Patrick Hruby*
Patrick Hruby
Attorney at Law (0085107)
Brock & Scott, PLLC
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
813-342-2200
954-618-6954
Floridabklegal@Brockandscott.com

21-04297 BKSUP01