**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: August 30, 2021**

John E. Hoffman, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 17-50809 |
| Joseph W. Suarez | : | Chapter 13 |
| SSN: XXX-XX-4619 | : | Judge Hoffman |

### AMENDED PAYROLL DEDUCTION ORDER

Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code), this Court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with debtor's plan. The employer is not authorized to deduct any administrative expenses or service fees for this deduction.  Based upon the foregoing, the debtor's plan, and pursuant to 11 U.S.C. Section 1325 (b), it is

**ORDERED that the employer of the debtor deduct the amount indicated below from debtor's pay and send that sum along with debtor's name, case number and social security number to:**

Faye D. English
Chapter 13 Trustee
P. O. Box 1718
Memphis, TN 38101-1718

It is Further ORDERED that the Chapter 13 Trustee apply the funds to debtor's payment schedule.

It is further ORDERED that pursuant to 11 U.S.C. Section 1325, deductions shall remain in effect without further order of this Court, but that deductions may terminate only upon appropriate notice to debtor's employer.

|  |  |
|---|---|
| Employer | Honda of America<br>24000 Honda Parkway<br>Marysville, OH 43040 |
| Deduction | **$249.39 Weekly** |

**"IT IS SO ORDERED"**

Copies to:

Default List, plus additional parties:

Honda of America
24000 Honda Parkway
Marysville, OH 43040