IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Joseph W Suarez
7840 Overland Trail
Delaware, OH  43015

Case No: 17-50809

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The above case having been COMPLETED on March 30, 2022. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been negotiated.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the date the last payment is due under the terms of the confirmed plan.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.ch13columbus.com/forms.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 1600
COLUMBUS, OH  43215-3419
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Joseph W Suarez
7840 Overland Trail
Delaware, OH  43015

Case No: 17-50809

Chapter 13

Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on February 15, 2017.
The plan was confirmed on December 01, 2017.
The Case was concluded on March 30, 2022.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been negotiated.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:      35,287.26

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 12.75%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Bank of America 00005    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| BRIAN D WOOD ESQ 00015    ADD'L ATTY FEES W/PERMO PER DWP | 1,850.00 | 1,850.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE 00001    DEFICIENCY BALANCE | Surrendered | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC 00013    UNSECURED | 601.94 | 601.94 | 0.00 | 0.00 |
| CAVALRY SPV I LLC 00012    UNSECURED | 228.74 | 228.74 | 0.00 | 0.00 |
| CAVALRY SPV I LLC 00011    UNSECURED | 140.25 | 140.25 | 0.00 | 0.00 |
| DISCOVER BANK 00009    UNSECURED | 2,459.93 | 2,459.93 | 0.00 | 0.00 |
| Joseph W Suarez 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Joseph W Suarez 00000    DEBTOR REFUND | 503.35 | 503.35 | 0.00 | 0.00 |
| LVNV FUNDING LLC 00008    UNSECURED | 1,920.76 | 1,920.76 | 0.00 | 0.00 |
| PARK NATIONAL BANK 00002    SECURED-PMSI | 16,795.04 | 16,795.04 | 1,335.58 | 0.00 |
| PNC BANK NA 00003    SECURED | Paid by Debtor | 0.00 | 0.00 | 0.00 |
| PNC BANK NATIONAL ASSOCIATION 00004    SECURED | Paid by Debtor | 0.00 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 17-50809   Joseph W Suarez

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| PNC BANK NATIONAL ASSOCIATION<br>00010    UNSECURED | 2,270.86 | 2,270.86 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>00007    UNSECURED | 2,495.63 | 2,495.63 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>00006    UNSECURED | 354.57 | 354.57 | 0.00 | 0.00 |
| SYNCHRONY BANK/PAYPAL<br>00014    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during<br>pendency of case | 503.35 | 503.35 | | |
| Debtor refund to be issued upon the<br>approval of the Final Report and Account | 234.43 | 234.43 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 16,795.04 | 1,850.00 | 82,138.70 | 0.00 | 737.78 | 101,521.52 |
| PRIN PAID | 16,795.04 | 1,850.00 | 10,472.68 | 0.00 | 737.78 | 29,855.50 |
| INT PAID | 1,335.58 | 0.00 | 0.00 | 0.00 | | 1,335.58 |
| | | | | | TOTAL PAID: | 31,191.08 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| BRIAN D WOOD ESQ | 0.00 | 0.00 |
| RONALD K NIMS ESQ  (PRIOR ATTY) | 2,546.68 | 2,546.68 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 2,052.85 | 0.00 | 0.00 | 2,052.85 |

Dated: 04/12/2022

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 1600
COLUMBUS, OH  43215-3419
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Joseph W Suarez
7840 Overland Trail
Delaware, OH  43015

Case No: 17-50809

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

The Chapter 13 Trustee's account will be filed with the Court after all checks issued by the Trustee have been negotiated. No notice will be given of the filing of the Final Report as this notice is intended to comply with FRBP 5009 (a).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 1600
COLUMBUS, OH  43215-3419
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Joseph W Suarez  
      7840 Overland Trail  
      Delaware, OH  43015

Case No: 17-50809

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **first class mail** on 4/12/2022 addressed to:

    Joseph W Suarez  
    7840 Overland Trail  
    Delaware, Oh 43015

    ALL PARTIES IN ATTACHED MATRIX

        /s/Faye D. English  
        Faye D. English (0075557), Chapter 13 Trustee  
                1750809

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 17-50809    Joseph W Suarez

Creditor Matrix for Case Number 17-50809

Capital One Auto Finance  AIS Portfolio Services, LP  4515 N Santa Fe Ave, Dept. APS  Oklahoma City, OK  731180000
Capital One Auto Finance  Ascension Capital Group  P.O. Box 165028  Irving, TX  750160000
North Orange Homeowners' Association, I    ,  000000000
PNC Bank, National Association  PO Box 94982    Cleveland, OH  441010000
Bank of America  PO Box 15019    Wilmington, DE  198865019
CBNA/Best Buy  PO Box 6497    Sioux Falls, SD  571170000
CBNA/The Home Depot  PO Box 6497    Sioux Falls, SD  571170000
Capital One (p)  PO Box 30285    Salt Lake City, UT  841300285
Capital One Auto Finance  c/o AIS Portfolio Services, LP  4515 N Santa Fe Ave. Dept. APS  Oklahoma City, OK  731180000
Cavalry SPV I, LLC  500 Summit Lake Drive, Ste 400    Valhalla, NY  105950000
CitiCards CBNA  PO Box 6241    Sioux Falls, SD  571176241
Discover  PO Box 742655    Cincinnati, OH  452742655
Discover Bank  Discover Products Inc  PO Box 3025  New Albany, OH  430543025
LVNV Funding, LLC its successors and assigns  assignee of Citibank, N.A.  Resurgent Capital Services  Greenville, SC  2960305
PNC Bank, N.A.  222 Delaware Ave    Wilmington, DE  198990000
PNC Bank, N.A.  PO BOX 94982    Cleveland, OH  441010570
PNC Bank, National Association  Attn: Bankruptcy Dept.  3232 Newmark Drive  Miamisburg, OH  453420000
Park National Bank  4550 Eastgate Blvd    Cincinnati, OH  452450000
Park National Bank  50 N Third St    Newark, OH  430550000
Portfolio Recovery Associates, LLC  POB 41067    Norfolk, VA  235410000
Synchrony Bank/Discount Tire  PO Box 965033    Orlando, FL  328965033
Synchrony Bank/PayPal  Attention: President  PO Box 960061  Orlando, FL  328960061
Synchrony Bank/Rite Rug  PO Box 960061    Orlando, FL  328960061
Synchrony Bank/Value City Furniture  PO Box 965036    Orlando, FL  328965036
Brian  D. Wood  Wood & Brewer, LLC  705 Lakeview Plaza Blvd  Worthington, OH  430850000
Joseph W Suarez  7840 Overland Trail    Delaware, OH  430150000